IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT TAYLOR,                )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )         2:07cv564-MHT
                              )
STATE OF ALABAMA, et al.,     )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 6) is granted.

DONE, this the 9th day of July, 2007.

                                   /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE