## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT TAYLOR,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **2:07-CV-564-MHT** |
| | ) | |
| **STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendants Public Service Commission and Jim Sullivan, Commissioner, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1.    Defendant Public Service Commission is a governmental entity.

2.    Defendant Jim Sullivan is an individual, named in his official capacity as President of Public Service Commission.

1

Respectfully submitted,

/s/ Abigail H. Avery
Warren B. Lightfoot, Jr.
John B. Holmes, III
Abigail H. Avery
Attorneys for the Defendants
Public Service Commission and
Jim Sullivan, President

**OF COUNSEL**:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-4604
Telephone:  (205) 254-1000
Facsimile:  (205) 254-1999
Email:       wlightfoot@maynardcooper.com
             jholmes@maynardcooper.com
             aavery@maynardcooper.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

> Russell W. Adams, Esq.
> Rocco Calamusa, Jr., Esq.
> WIGGINS CHILDS QUINN & PANTAZIS, P.C.
> The Kress Building
> 301 19th Street North
> Birmingham, AL  35203-3204

For Defendants State Personnel Department, and Jackie Graham, Director of State Personnel:

> Alice Ann Byrne, Esq.
> STATE PERSONNEL DEPARTMENT
> Folsom Administrative Building
> 64 North Union Street ~ Suite 316
> Montgomery, AL  36130

/s/ Abigail H. Avery
Of Counsel
