IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT TAYLOR,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **07 cv 564-MHT** |
| ) | |
| **STATE OF ALABAMA,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

_____

# AMENDED
## CONFLICT DISCLOSURE STATEMENT

Defendants State Personnel Department and Jackie Graham, in her official capacity as Director of State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant State Personnel Department is a governmental entity; and

2. Defendant Jackie Graham is an individual.

Respectfully submitted, this 8th day of August, 2007.

                                                                                  /s/ Alice Ann Byrne
                                                                                  ALICE ANN BYRNE, ESQ. (BYR 015)
                                                                                  Attorney for Defendants
                                                                                  State Personnel Department and
                                                                                  Jackie Graham, Director of State
                                                                                  Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendants Public Service Commission
and Jim Sullivan, President:
    Warren B. Lightfoot, Jr., Esq.
    John B. Holmes, III, Esq.
    Abigail H. Avery, Esq.
    MAYNARD COOPER & GALE, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  35203-2618

                                              /s/  Alice Ann Byrne
                                              Of Counsel