IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT TAYLOR,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 07 cv 564-MHT |
| | ) |
| **ALABAMA PUBLIC SERVICE** | ) |
| **COMMISSION,** *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

COMES NOW, Plaintiff Robert Taylor, and dismisses his claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as he no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment. Subsequent to the filing of his complaint in intervention, Mr. Taylor received a promotion.

                                                        Respectfully submitted,

                                                        /s/ Russell W. Adams
                                                        Russell W. Adams
                                                        Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Plaintiff's Initial Disclosures on counsel via e-mail, addressed, to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Warren B. Lightfoot, Jr.
John B. Holmes, III
Abigail H. Avery
Maynard, Cooper & Gayle, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
wlightfoot@maynardcooper.com
jholmes@maynardcooper.com
aavery@maynardcooper.com

This 10th day of October, 2007.

/s/ Russell W. Adams
OF COUNSEL